# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIELLE SIVELS, | Case No. 23-cv-894 (DWF/JFD) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| RAMSEY COUNTY et al., | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: April 12, 2023

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge