# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Danielle Sivels, | Case No.: 0:23-CV-00894 (DWF-TNL) |
| Plaintiff, | |
| v. | |
| Ramsey County, the Ramsey County Sheriff's Office, Inmate Services, Corp., Marquet Johnson in his individual capacity, Inmate Services, Corp. John Does 1-5 in their individual capacities Ramsey County Sheriff supervisors John Does 6-10 in their Individual and supervisory capacities, | **ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT** |
| Defendants. | |

Pursuant to the Stipulation of the parties (ECF No. 12) and Fed. R. Civ. P. 6(b)(1)(A), the deadline for Ramsey County to respond to the Complaint in this case shall be extended to on or before **June 22, 2023.**

Date: May 8, 2023

_s/Tony N. Leung_
Hon. Tony N. Leung
United States Magistrate Judge