IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CIVIL MOTION HEARING

| | | | |
|---|---|---|---|
| Danielle Sivels, | ) | **COURT MINUTES** | |
| | ) | | |
| Plaintiff, | ) | Case Number: | CV 23-894 (DWF/TNL) |
| | ) | Date: | July 26, 2024 |
| v. | ) | Court Reporter: | Lynne Krenz |
| | ) | Courthouse: | St. Paul |
| Ramsey County, et al., | ) | Courtroom: | 7C |
| | ) | Time Commenced: | 9:02 a.m. |
| Defendants. | ) | Time Concluded: | 10:08 a.m. |
| | ) | Time in Court: | 1 Hour & 6 Minutes |

BEFORE:   Donovan W. Frank, United States District Judge

**APPEARANCES:**

   Plaintiff:   Paul Applebaum, Adam Joseph Smith, Megan M. Curtis
   Defendant:   Darren B. Schwiebert, Scott A. Benson

**PROCEEDINGS:**

Hearing on:   First MOTION to Dismiss/General Amended Complaint filed by Ramsey County. (Benson, Scott) [Doc. No. 82].

**IT IS ORDERED:**

☒ **Submitted.**
☒ Written order forthcoming.

                                                                                          s/L. Sampson
                                                                                        Courtroom Deputy