# BRIOL & BENSON, PLLC

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

3700 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402

www.briollaw.com

TELEPHONE (612) 756-7777

March 21, 2025

**VIA ECF**

The Honorable Donovan W. Frank
United States District Court
316 N. Robert Street
St. Paul, MN 55101

    Re: <u>Danielle Sivels v. Ramsey County, et al.</u>
          Civil No. 23-cv-0894 (DWF/TNL)

Dear Judge Frank:

    This firm represents Defendant Ramsey County in this matter. I submit this letter in response to the letter from Plaintiff's counsel (Dkt. 146) requesting leave to file a supplement to her objections to Magistrate Judge Leung's Discovery Order or to seek oral argument. Ramsey County opposes Plaintiff's request.

    Local Rule 72.2(a) and Rule 72(a) of the Federal Rules of Civil Procedure authorize "'the filing of objections to a magistrate judge's ruling on non-dispositive matters and contemplates that the other party will be given an opportunity to respond to those objections. It does not, however, provide for a reply brief by the objecting party.'" Charles Alan Wright & Arthur R. Miller, 13 *Fed. Prac. & Proc*. § 3505 (3d ed.) (quoting *Holick v. Burkhart*, No. 16-1188-JWB-KGG, 2018 U.S. Dist. LEXIS 144247, 2018 WL 4052154, * 4 (D. Kan. Aug. 28, 2018)). These rules are designed to ensure clarity, efficiency, and fairness in the litigation process. Specifically, this limitation reflects the court's intent to streamline the resolution of such matters and to avoid unnecessary delays or



redundant arguments.

Allowing a reply memorandum and/or oral argument would contravene the established procedural framework and undermine the purpose of the rules. Plaintiff has already been afforded an opportunity to present her arguments through her initial objections. The unsupported argument the Ramsey County's response to her objections some how "muddies the factual and legal waters" or that "the County's response misapprehends Plaintiff's discovery requests, offers misleading citations to authority, and misconstrues the nature and scope of Plaintiff's objections" is simply false. In any case, if Plaintiff is right, the Court should easily be able to make that determination from what has been filed.

Magistrate Judge Leung's well-reasoned decision regarding Plaintiff's discovery motion should be upheld unless it is clearly erroneous or contrary to law. Magistrate Judge Leung's decision is not clearly erroneous or contrary to law and further argument to the contrary is simply burdening Ramsey County and the Court with additional time and expense not contemplated by the Federal Rules or this Court's Local Rules.

In light of the above, Ramsey County respectfully requests that the Court decline to permit the submission of a reply memorandum or oral argument in this matter.

                                                      Very truly yours,
                                                      */s/ Scott A. Benson*
                                                      Scott A. Benson